| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| TYRONE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>Defendants. | No. 1:16-cv-00734-DAD-MJS (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PROVIDE A CURRENT ADDRESS; DIRECTING CLERK TO TERMINATE PENDING MOTIONS AND CLOSE CASE |

Plaintiff proceeds pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On September 20, 2016 the magistrate judge assigned to the case screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and found it stated no cognizable claims. (Doc. No. 15.) Plaintiff was directed to file an amended complaint or a notice of voluntary dismissal within thirty days. On October 18, 2016, the screening order was returned as undeliverable by the U.S. Postal service. To date, plaintiff has not filed a notice of change of address with the court as required, nor has he communicated with the court in any way.

Local Rule 183(b) requires a party proceeding pro se to keep the court apprised of his current address. The rule provides that "[i]f mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal service, and if such plaintiff fails to notify the Court and

1

1 | opposing parties within sixty-three (63) days thereafter of a current address, the Court may
2 | dismiss the action without prejudice for failure to prosecute." Here, more than sixty three days
3 | have passed without plaintiff providing the court with his current address.
4 |     Accordingly, the action is hereby dismissed without prejudice due to plaintiff's failure to
5 | provide a current address as required by the Local Rules of this court. The clerk of court is
6 | directed to terminate any pending motions and close this case.
7 | IT IS SO ORDERED.
8 | Dated: **April 26, 2017**
9 | UNITED STATES DISTRICT JUDGE